FILED

NOV 1 - 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Robert Lee Butterworth          # 3535768

_____       _____

_____       _____

_____       _____

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**

CIVIL ACTION NO. 2:24-cv-00631
(Number to be assigned by Court)

South Central Regional Jail

_____

Orkin Pest Control

_____

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same
     facts involved in this action or otherwise relating to your imprisonment?

Yes _____        No __X__

1

II.    **Place of Present Confinement:** South Central Regional Jail

A.    Is there a prisoner grievance procedure in this institution?

        Yes X                No _____

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes X                No _____

C.    If you answer is YES:

    1.    What steps did you take? Grieved all the way to Commissioner.

    2.    What was the result? Grievance Denied

D.    If your answer is NO, explain why not: N/A

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff: Robert Lee Butterworth #3535768

        Address: 1001 Centre Way, South Charleston Wva. 25309

B.    Additional Plaintiff(s) and Address(es): N/A

3

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:  _____

_____

_____

Defendants:  _____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____

_____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

2

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _South Centrel Regional Jail_

is employed as: _South Centrel Regional Jail_

at _South Centrel Regional Jail_

D.    Additional defendants: _Orkin Pest Control_

_Company_

IV.    **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 16th, 2024 I was in Alpha-8-Cell-5 wich is a 23hr. lockdown seetion, Correctional officer Lornitis served my lunch wich is on a tray with no type of Lid or Cover on it. About 5 min. later Correctional Officer Elswick opened the cell and asked me to step out so Orkin could spray for bugs so I did. My tray was in the cell while Orkin sprayed. They put me directly back in the cell and Refused to give me another tray, I ate the Tray and got Deathly sick and Had to be Rushed to Medical

4

IV.   Statement of Claim (continued):

Where I was told to just Puke it all up out of my System,
Wich is not Proper Proticall.

ORKIN: They or there Employies Have to go through Training
and take Tests and Know Better to Spray the Chemical
Bithor SC wich is Extremely Toxic around any Open Food
And if sprayed in an inclosed Enviorment with Humans
it is to be Evacuated untill the Chemical dries.
The guys Name from Orkin that sprayed is
Shane, Video footage is availible From the Date of
Incident

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

Would like the Courts to grant These Companys to
Compesate me for Pain and Suffering Due to the
Sickness I incurred due to Exposure of the
Chemical BITHOR SC wich is an Extremly Toxic
Chemical used to Kill Pestesides, and Varments and could
Cause Death to Humans, Was told to Puke it all
out of my Systems ad Was Denied to get to a
Hospital, Was sick for over 5 days. Would like
$200,000.00 For Actuall Damages and Another —

5

**V.     Relief (continued)):**

$ 500,000.⁰⁰ For Punitive Damages
I can still Barely swallow at this Present
Moment, not to mention what the long term side
effects will Be.

**VII.    Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N|A

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes __X__        No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Paul STrebel, 405 Capitol St. Suite - 102
P.O. Box 2582 Charleston, Wv 25329

If not, state your reasons: __No $ to Pay Him__

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____        No __X__

6

If so, state the lawyer's name and address:

N/A

Signed this _____29_____ day of _____October_____, 20__24__.

_____
**Signature of Plaintiff or Plaintiffs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10/29/24_____.
(Date)

_____
**Signature of Movant/Plaintiff**

_____
**Signature of Attorney**
**(if any)**

7

ONE STAPLE ONLY

24.5085 CF·A6·05280B  WVDCR Policy Directive 35
15 February 2
Attachmen
GENERAL DISTRIBUTI

**WVDCR Inmate Grievance Form**    Grievance No. 24·5CF·A6·05280IA

Robert Butterworth    3535768    5·28·24
Inmate Name    OID #    Date of Grievance

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Director of Inmate Services.
NO WRITING ON BACK):

On May 16th 2024 Between the 12:25pm and 12:30pm CO Lornitis was serving
Lunch in Alpha 8 wich is a lock down section. I was in cell B getting
my tray, around 12:32 pm to 12:35pm CO Elswick and Lornitis came
to my cell. and asked if we could please step out of the cell.

Relief Sought (state what you want):    TO BE COMPENSATED FOR DISREGARDS OF HUMAN LIFE.

Robert Butterworth    (The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)
Inmate's Signature

Director of Inmate Services Response (attach additional sheet if needed)

Accepted_____    *Rejected_____    Reason for rejection:_____    Date: 5/28/24

Response on Merits if accepted:    Will look into.

Signature

Resolved:_____    (if so initial and give copy to Director of Inmate Services)    Appealed to Superintendent RLB (initial) Date: 5-31-24

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued
at that level within the time frames set forth in Policy Directive 335.00.

Robert Butterworth    5-31-24
Inmate's Signature    Date

Action by Superintendent:

Accepted_____    Rejected_____    Reason for rejection:_____    Date:_____

Response on Merits if accepted:  __ Remand to Unit for further action  X Affirm unit and/or deny grievance  __ Grant the Grievance as specified
Comments_____

R Simpson    5-31-24    (Attach additional sheet if necessary)
Superintendent's Signature    Date

Resolved:_____    (if so initial and give copy to Director of Inmate Services)    Appealed to Commissioner RLB (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has
been issued at that level within the time frames set forth in Policy Directive 335.00.

Robert Lee Butterworth    6-3-24
Inmate's Signature    Date

RECEIVED

JUN 0 6 2024

Action by Commissioner:
Accepted_____    Rejected_____    Reason for____
Response on Merits if accepted: _____    Affirm Sup

**AFFIRMED**
Grievance Denied
Central Office
Grievance Review

West Virginia Division of
Corrections and Rehabilitation 2024
Date: JUN 7 2024
_____ Other, memo attached.

24 SCRJ CF No. 052801A

- wich my cellie Cody Fuller and I Complied. as we was walking out of the Cell I saw Someone wearing a Red in Color Shirt with the name ORKIN on it. He had a Stainless Steel Container with a pump handel, a Hose with a Spray Nozel in His Hand and strated He was spraying for Bugs. Now remind you my tray is in the Cell with no lid or any type of cover on it. The person from ORKIN Sprayed the inside of the Cell and exited the Cell and told the CO's their good to go back in. They put us back in the Cell and locked the door. I Finished eating my Food and about 20 to 30 min. later I got Deathly Sick, I was Pukeing Perfusely, My Stomach was hurting, throat felt like it was swealing Shut. So I yealled for the CO and asked him to Please get someone. He steped into the hallway and got Sgt. Spaulding wich got me medical RN Cindy. She came to my cell and Had me step out of the Cell. She asked me what happened, so I told Her. She took my Vitals wich were not Normal, and told the CO That I needed to go to medical. Now. So I was Escorted to Medical and The Nurse Cindy Found the ORKIN people and Found out the Name of the Chemical they were useing Wich was BITHOR SC, wich is Extremely TOXIC and is not to be used around Food, and if sprayed in an enclosed enviorment it is to be evacuated untill it drys, no less than 30 minutes to 2 hours. Ms Cindy contacted Poison Control and she said they said to keep me in medical and let me puke it all up. I was in Medical for 2 Hours. I was still pukeing and my stomach has been Hurting, and Have had a Sore throat for about 5 Days Ive put Sick Calls in over it also. I should Have been giving a New tray, and Not Been Left in a Cell with the Chemical BITHOR SC Freshly sprayed that made me Sick. This was Done With No Regards to Human Life.
   Please See Video Survalience in Alpha 8 Pod. For May 16th 2024 I was in Cell 5.
   Thank You.